(Reap. Dec. 9333)

LEADING FORWARDERS, INC., FOR ACCOUNT OF NINA RICCI, INC. *v.*
UNITED STATES

Entry No. 712664, etc.

(Decided February 27, 1959)

*Sheils, Halter, McGoldrick & Fallon* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement enumerated
in schedule A, attached to and made a part of this decision, were
submitted for decision upon stipulation of counsel for the parties
providing—

(1) That the merchandise covered by the appeals for reappraisement set forth
in Schedule A, attached hereto and made a part hereof, consists of certain articles
of perfumery and toilet preparations imported from France, and that such articles
are identified in Schedule B, attached hereto and made a part hereof.

(2) That, on or about the dates of exportation of the merchandise covered by
the appeals for reappraisement set forth in Schedule A, attached, such or similar
merchandise was not freely offered for sale to all purchasers in the principal mar-
kets of France either for home consumption or for exportation to the United
States.

(3) That, on or about the dates of exportation of the merchandise covered by
the appeals for reappraisement set forth in Schedule A, attached, such or similar
imported merchandise was not freely offered for sale for domestic consumption to
all purchasers in the United States.

(4) That the "cost of production", as defined in Section 402 (f) of the Tariff
Act of 1930, as amended, of each article of merchandise covered by the appeals
for reappraisement set forth in Schedule A, attached, is as stated in Schedule B,
attached.

(5) That said appeals for reappraisement are limited to the articles of mer-
chandise described on Schedule B, attached, and are abandoned as to all other
merchandise covered by said appeals.

(6) That said appeals for reappraisement are submitted for decision on this
stipulation and on the invoices, entries, and other official papers relating to the
entry and appraisement of the merchandise covered by said appeals.

On the agreed facts, I find that cost of production, as defined in
section 402(f), Tariff Act of 1930, is the proper basis of value of the
merchandise identified in schedule B, attached to and made a part of
this decision, and that such value, in each case, is as set forth in said
schedule B. In all other respects and as to all other merchandise, the

said appeals for reappraisement, having been abandoned, are dismissed.

Judgment will issue accordingly.

[SCHEDULE A OMITTED]

SCHEDULE B

COST OF PRODUCTION OF ARTICLES COVERED BY APPEALS
FOR REAPPRAISEMENT LISTED IN SCHEDULE A

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| | Appeal No. 250543–A | |
| | Export Date: 7/10/53 | |
| A1 | | 5285. 69 |
| A11 | | 2021. 69 |
| B1 | | 2885. 69 |
| F10 | | 1445. 69 |
| F4 | | 773. 69 |
| A6 | | 236. 69 |
| A7 | | 174. 69 |
| B5 | | 354. 69 |
| B6 | | 217. 69 |
| B7 | | 141. 69 |
| F6 | | 473. 69 |
| NR18 | | 762. 69 |
| NR32 | | 522. 69 |
| NR4 | | 427. 69 |
| NR6B | | 101. 69 |
| NR35B | | 90. 69 |
| NR84 | | 90. 69 |
| NR11 | | 314. 69 |
| NR23 | | 129. 69 |
| NR74 | | 119. 69 |
| NR91 | | 296. 69 |
| HA1 | | 1061. 69 |
| HA2 | | 653. 69 |
| HA3 | | 413. 69 |
| HB1 | | 1061. 69 |
| HB2 | | 653. 69 |
| | Appeal No. 250544–A | |
| | Export Date: 8/6/52 | |
| | f-s Deux Coeurs (Coeur Joie) | 312. 62 |
| | c.g.l. Soleil 12 Gr. L'Air du Temps | 437. 62 |
| | c.b.y. NR10 gl L'Air du Temps | 297. 62 |
| | f. Eau de Toilette Fille d'Eve Y32 | 97. 62 |
| | f. Soleil (Min.) L'Air du Temps | 88. 12 |
| | Feville (Min.) Fille d'Eve | 88. 12 |
| | f. Coeur (Min.) Coeur Joie | 98. 82 |

SCHEDULE B—Continued

| ARTICLE | | COST OF PRODUC-TION (FR. FCS.) PACKED |
|---|---|---|
| | Appeal No. 250545–A | |
| | Export Date: 8/31/51 | |
| A55 | | 812. 25 |
| A6 | | 244. 25 |
| A7 | | 153. 25 |
| B55 | | 693. 25 |
| B5 | | 330. 25 |
| B6 | | 214. 25 |
| B7 | | 145. 25 |
| F6 | | 445. 25 |
| F7 | | 265. 25 |
| | Flacon ⅟₃₂ Coeur Joie | 100. 25 |
| | " " L'Air du Temps | 99. 25 |
| | " " Fille d'Eve | 97. 75 |
| | Appeal No. 250546–A | |
| | Export Date: 8/12/53 | |
| A10 | | 3361. 22 |
| A11 | | 2017. 22 |
| F10 | | 1441. 22 |
| B4 | | 769. 22 |
| F4 | | 769. 22 |
| A5 | | 385. 22 |
| A6 | | 232. 22 |
| F6 | | 470. 22 |
| A7 | | 148. 22 |
| B7 | | 138. 22 |
| F7 | | 277. 22 |
| NR4 | | 424. 22 |
| NR34 | | 365. 22 |
| NR81 | | 363. 22 |
| NR11 | | 312. 22 |
| NR32 | | 519. 22 |
| NR6B | | 98. 22 |
| NR35B | | 87. 22 |
| NR84 | | 87. 22 |
| NR23 | | 126. 22 |
| NR39 | | 118. 22 |
| NR74 | | 116. 22 |
| NR91 | | 293. 22 |
| | Appeal No. 250547–A | |
| | Export Date: 8/8/53 | |
| F10 | | 1447. 45 |
| B4 | | 775. 45 |
| F4 | | 775. 45 |
| A5 | | 391. 45 |
| A6 | | 238. 45 |

| ARTICLE | COST OF PRODUC-TION (FR. FCS.) PACKED |
|---|---|
| A7 | 153. 45 |
| F7 | 283. 45 |
| NR18 | 765. 45 |
| NR32 | 525. 45 |
| NR34 | 371. 45 |
| NR81 | 369. 45 |
| NR11 | 318. 45 |
| NR48 | 302. 45 |
| NR23 | 132. 45 |
| NR6B | 104. 45 |
| NR91 | 299. 45 |

Appeal No. 250548–A
Export Date: 9/25/51

| | |
|---|---|
| Coffrets extrait Coeur Joie ¾ oz. | 681. |

Appeal No. 250549–A
Export Date: 9/16/52

| | |
|---|---|
| F10 | 1446. 50 |
| A6 | 237. 50 |
| B6 | 218. 50 |
| NR48 | 301. 50 |
| NR91 | 298. |
| HA2 | 654. 50 |
| HA3 | 414. 50 |

Appeal No. 250550–A
Export Date: 9/23/52

| | |
|---|---|
| NR48 | 297. |
| NR91 | 293. 50 |

Appeal No. 250551–A
Export Date: 10/10/51

| | |
|---|---|
| Coffrets extrait Coeur Joie ¾ oz. | 670. 40 |
| Coffrets extrait Fille d'Eve ½ oz. | 494. 40 |
| Sac extrait Fille d'Eve ⅐ oz. | 300. 40 |

Appeal No. 250552–A
Export Date: 9/18/53

| | |
|---|---|
| F10 | 1441. 11 |
| A1 | 5281. 11 |
| A10 | 3361. 11 |
| A11 | 2017. 11 |
| F4 | 769. 11 |
| A5 | 385. 11 |
| A6 | 232. 11 |
| NR18 | 759. 11 |
| NR32 | 519. 11 |
| NR11 | 312. 11 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| NR48 | | 296. 11 |
| NR6B | | 98. 11 |
| NR35B | | 87. 11 |
| NR84 | | 87. 11 |
| NR4 | | 424. 11 |
| NR34 | | 365. 11 |
| NR81 | | 363. 11 |
| NR39 | | 118. 11 |
| NR91 | | 293. 11 |
| HB2 | | 649. 11 |
| HB3 | | 409. 11 |
| | Appeal No. 250553–A Export Date: 11/6/51 | |
| | Coffrets extrait Coeur Joie ⅜ oz. | 669. 50 |
| | Coffrets extrait Fille d'Eve ½ oz. | 493. 50 |
| | Sac Fille d'Eve | 299. 50 |
| | Appeal No. 250554–A Export Date: 10/2/52 | |
| NR48 | SacL'Air du Temps pet. mod | 299. 67 |
| NR91 | Coffrets 3 miniatures | 296. 67 |
| | Appeal No. 250555–A Export Date: 11/6/52 | |
| F10 | | 1440. 33 |
| F4 | | 768. 33 |
| | Coffrets Coeur Joie ⅜ oz. | 663. 83 |
| | " bijoux L'Air du Temps ⅓ | 295. 33 |
| NR6B | Miniatures Coeur Joie | 97. 33 |
| NR35B | " L'Air du Temps | 86. 33 |
| NR84 | " Fille d'Eve | 86. 33 |
| | Appeal No. 250556–A Export Date: 11/26/52 | |
| A55 | | 834. 24 |
| A5 | | 399. 24 |
| A7 | | 161. 24 |
| B7 | | 151. 24 |
| | Coffrets Soleil L'Air du Temps ⅜ oz. | 451. 24 |
| | Appeal No. 250557–A Export Date: 2/18/53 | |
| A10 | | 3369. 12 |
| A11 | | 2025. 12 |
| B10 | | 2025. 12 |
| F4 | | 777. 12 |
| A55 | | 828. 12 |
| B5 | | 355. 12 |
| A6 | | 240. 12 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| B6 | | 221. 12 |
| F6 | | 477. 12 |
| A7 | | 155. 12 |
| B7 | | 145. 12 |
| HA1 | | 1065. 12 |
| HA2 | | 657. 12 |
| HA3 | | 417. 12 |
| NR4 | | 432. 12 |
| NR34 | | 373. 12 |
| NR11 | | 319. 62 |
| NR48 | | 304. 12 |
| | Coffrets Coeur Joie 3/7 | 766. 62 |
| NR6B | | 116. 12 |
| NR35B | | 95. 12 |
| NR84 | | 95. 12 |
| NR91 | | 302. 12 |
| | Coffrets Soleil L'Air du Temps 3/7 | 527. 12 |
| NR23 | | 133. 62 |
| NR39 | | 126. 12 |
| | Appeal No. 250558–A Export Date: 2/19/53 | |
| A55 | | 822. 85 |
| A5 | | 387. 85 |
| B6 | | 215. 85 |
| A7 | | 149. 85 |
| B7 | | 139. 85 |
| F4 | | 771. 85 |
| HA2 | | 651. 85 |
| NR4 | | 426. 85 |
| NR11 | | 314. 35 |
| NR48 | | 298. 85 |
| NR84 | | 89. 85 |
| NR23 | | 128. 35 |
| NR39 | | 120. 85 |
| NR91 | | 295. 85 |
| | Appeal No. 250559–A Export Date: 3/12/53 | |
| NR91 | Coffrets 3 miniatures | 299. 90 |
| | Appeal No. 250560–A Export Date: 5/12/53 | |
| B10 | | 2016. |
| B6 | | 212. |
| B6 | | 212. |
| B7 | | 136. |
| NR4 | | 423. |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| NR34 | | 364. |
| NR11 | | 311. |
| NR18 | | 758. |
| NR6B | | 97. |
| NR35B | | 86. |
| NR84 | | 86. |
| NR48 | | 295. |
| | Appeal No. 250566–A | |
| | Export Date: 6/19/52 | |
| F10 | | 1549. 62 |
| ABF | | 1549. 62 |
| A55 | | 818. 62 |
| A5 | | 394. 62 |
| A6 | | 250. 62 |
| A7 | | 159. 62 |
| B7 | | 151. 62 |
| | Coff. ext. Coeur Joie 3/7 oz. | 672. 62 |
| | Flacons sac ext. Fille d'Eve | 303. 62 |
| | Fl. Edt. Fille d'Eve 1/32 | 104. 62 |
| | Fl. Edt. L'Air du Temps 1/32 | 105. 62 |
| | Appeal No. 250567–A | |
| | Export Date: 4/23/51 | |
| | Ex. Coeur Joie coff. gl. Coeur 40 | 2693.63 |
| | Coeur miniature | 141. 63 |
| | Edt. 90° Coeur Joie Moyen ⅛ | 430. 63 |
| | Pet. ⅟₁₆ | 273. 63 |
| | Edt. L'Air du Temps bij. NR12 | 553. 63 |
| | Edt. L'Air du Temps Soleil min. gr. mod. | 141. 63 |
| | Edt. 82° L'Air du Temps ½L | 1458. 63 |
| | Ext. Fille d'Eve Pomme 35 | 2473. 63 |
| | Edt. 90° Fille d'Eve ½L | 1458. 63 |
| | " " " ⅛L | 430. 63 |
| | " " " ⅟₁₆L | 273. 63 |
| | Coeur Joie Edt. ⅟₃₂ | 92. 13 |
| | L'Air du Temps Edt. ⅟₃₂ | 88. 63 |
| | Soleil ⅓ | 420. 63 |
| | Appeal No. 250568–A | |
| | Export Date: 6/8/51 | |
| A1 | | 4574. |
| A11 | | 1890. |
| A55 | | 821. |
| A5 | | 397. |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| A6 | | 253. |
| F1 | | 2641. |
| F55 | | 1568. |
| F6 | | 454. |
| F7 | | 274. |
| ABF | | 1433. |
| | Soleil 12 L'Air du Temps | 446. |
| NR10 | | 306. |
| HB2 | | 575. |

Appeal No. 250569–A
Export Date: 6/12/53

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| A1 | | 5283. 23 |
| A10 | | 3363. 23 |
| A11 | | 2019. 23 |
| B10 | | 2019. 23 |
| F10 | | 1443. 23 |
| ABF | | 1635. 23 |
| B5 | | 349. 23 |
| F5 | | 843. 23 |
| A6 | | 234. 23 |
| B6 | | 215. 23 |
| F6 | | 471. 23 |
| B7 | | 139. 23 |
| F7 | | 279. 23 |
| NR18 | | 761. 23 |
| NR32 | | 521. 23 |
| NR4 | | 426. 23 |
| NR34 | | 367. 23 |
| NR81 | | 365. 23 |
| NR11 | | 314. 23 |
| NR74 | | 118. 23 |

Appeal No. 250570–A
Export Date: 11/1/51

| | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Coeur Joie ¾ oz. | 668. 58 |
| | Fille d'Eve ½ oz. | 492. 58 |
| | Flac. sac Fille d'Eve | 298. 58 |

Appeal No. 250571–A
Export Date: 11/16/52

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| NR91 | | 292. 50 |
| NR6B | | 98. |
| NR84 | | 87. |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 250572–A | |
| | Export Date: 6/22/51 | |
| A11 | | 1882. |
| A9 | | 151. |
| A55 | | 813. |
| A6 | | 245. |
| A7 | | 154. |
| | Presentation L'Air du Temps | 755. |
| B6 | | 215. |
| F55 | | 1560. |
| F6 | | 446. |
| F7 | | 266. |
| HA3 | | 365. |
| HB2 | | 567. |
| HB3 | | 365. |
| NR10 | Coeur Joie | 330. |
| NR10 | L'Air du Temps | 298. |
| NR10 | Fille d'Eve | 296. |
| | f-s Deux Coeurs | 314. |
| | Soleil 12 L'Air du Temps | 438. |
| | Appeal No. 251449–A | |
| | Export Date: 7/17/52 | |
| F10 | | 1544. |
| | Coeur Joie 3⁄7 | 667. |
| | Deux Coeurs Coeur Joie | 313. |
| NR10 | Coeur Joie | 329. |
| | Edt. Coeur Joie 1⁄32 oz. | 100. |
| NR10 | L'Air du Temps | 298. |
| | Edt. L'Air du Temps | 99. |
| NR10 | Fille d'Eve | 296. |
| | Appeal No. 251450–A | |
| | Export Date: 3/12/52 | |
| A1 | | 5053. 36 |
| A10 | | 3193. 36 |
| A5 | | 390. 36 |
| B9 | | 143. 36 |
| B5 | | 332. 36 |
| B6 | | 216. 36 |
| ABF | | 1545. 36 |
| HA1 | | 1040. 36 |
| | Deux Coeurs Coeur Joie | 315. 36 |
| NR10 | Coeur Joie | 331. 36 |
| | F-s Fille d'Eve | 299. 36 |
| | Edt. Fille d'Eve 1⁄32 oz. | 99. 36 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 251451–A Export Date: 1/3/51 | |
| | Coeur Joie NR12 Luxe | 637. |
| | ½L Coeur Joie Edt. 90° | 1460. |
| | L'Air du Temps ¹⁄₁₆ Edt. 82° | 275. |
| NR12 | Fille d'Eve | 637. |
| | ½L Fille d'Eve Edt. 90° | 1460. |
| | ⅛L " " " " | 432. |
| | ¹⁄₁₆L " " " " | 275. |
| | Edt. Fille d'Eve ¹⁄₃₂ oz. | 93. 50 |
| | Appeal No. 251452–A Export Date: 4/11/52 | |
| B1 | L'Air du Temps | 2635. |
| | Coeur Joie ¾ oz. | 669. |
| | Sac Fille d'Eve | 300. |
| | Appeal No. 251453–A Export Date: 4/29/52 | |
| A1 | | 5058. |
| A10 | | 3198. |
| A5 | | 395. |
| B1 | | 2932. |
| B10 | | 2082. |
| B6 | | 221. |
| B7 | | 152. |
| ABF | | 1550. |
| HA1 | | 1045. |
| HA2 | | 620. |
| HA3 | | 408. |
| | Coeur Joie ¾ oz. | 673. |
| NR10 | " " | 336. |
| | f-s Fille d'Eve | 304. |
| | Edt. " ¹⁄₃₂ | 104. |
| | Appeal No. 251454–A Export Date: 11/21/52 | |
| F10 | | 1453. 90 |
| A5 | | 399. 90 |
| B5 | | 341. 90 |
| A6 | | 255. 90 |
| B6 | | 225. 90 |
| A7 | | 164. 90 |
| B7 | | 156. 90 |
| NR34 | Coffr. L'Air du Temps ¾ | 449. 90 |
| NR48 | Sac. " " Pet. Mod. | 308. 90 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 251455–A Export Date: 7/18/52 | |
| | Coffr. Presentation 3 mins. | 526. |
| | Fl. min. Coeur Joie | 97. |
| | Fl. min. L'Air du Temps | 86. |
| | Fl. min. Fille d'Eve | 86. |
| | per testers with atomizer | 2080. |
| | Appeal No. 251456–A Export Date: 11/25/52 | |
| NR91 | 3 miniatures | 293. 15 |
| NR48 | Sac L'Air du Temps | 297. 15 |
| | Appeal No. 251457–A Export Date: 12/12/52 | |
| | Soleil L'Air du Temps | 87. 67 |
| | Coeur Joie | 424. 17 |
| | 3 miniatures | 292. 67 |
| | Appeal No. 251458–A Export Date: 12/14/52 | |
| | 3 miniatures | 296. 83 |
| B10 | | 2021. 83 |
| | Coeur Joie NR10 | 428. 83 |
| | Appeal No. 251459–A Export Date: 12/21/52 | |
| | 3 miniatures | 293. 63 |
| | Appeal No. 251460–A Export Date: 11/12/53 | |
| | Colombes L'Air du Temps | 3643. 75 |
| | Appeal No. 251461–A Export Date: 1/6/53 | |
| A6 | | 232. 43 |
| A7 | | 147. 43 |
| HA2 | | 649. 43 |
| HA3 | | 409. 43 |
| NR39 | | 117. 43 |
| | Appeal No. 257981–A (Newark) Export Date: Dec. 2, 1953 | |
| B20 | Mod. Originaux | 3642. |
| | Appeal No. 251924–A Export Date: 9/5/52 | |
| NR11 | Sac 2 Coeurs | 315. 50 |
| NR48 | Sac L'Air du Temps Pet. Mod. | 299. 50 |
| NR91 | Sac 3 miniatures | 296. 50 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---------|---|---|
| | Appeal No. 251925–A Export Date: 11/14/51 | |
| | Sac Fille d'Eve | 296. |
| | Appeal No. 252039–A Export Date: 11/27/53 | |
| B20 | | 3613. 74 |
| | Plastic boxes | 218. 74 |
| | Appeal No. 252040–A Export Date: 1/18/54 | |
| B1 | | 2886. 85 |
| B10 | | 2024. 85 |
| A55 | | 825. 85 |
| B5 | | 352. 85 |
| A6 | | 237. 85 |
| B6 | | 218. 85 |
| A7 | | 152. 85 |
| B7 | | 142. 85 |
| F7 | | 282. 85 |
| HB2 | | 654. 85 |
| HB3 | | 414. 85 |
| NR4 | | 429. 85 |
| NR34 | | 370. 85 |
| NR81 | | 368. 85 |
| NR23 | | 131. 85 |
| NR39 | | 123. 85 |
| NR74 | | 121. 85 |
| NR32 | | 524. 85 |
| NR48 | | 301. 85 |
| NR35B | | 92. 85 |
| NR84 | | 92. 85 |
| NR91 | | 298. 85 |
| | Appeal No. 252195–A Export Date 11/17/53 | |
| A7 | | 150. 65 |
| B7 | | 140. 65 |
| B6 | | 216. 65 |
| | Plastic boxes talc | 210. 15 |
| | Appeal No. 253617–A Export Date: 11/20/53 | |
| | Colombes—L'Air du Temps | 3642. |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 254490–A Export Date: 11/7/53 | |
| B10 | | 2032. 50 |
| B6 | | 228. 50 |
| HB1 | | 1072. 50 |
| NR32 | | 550. 50 |
| | Colombes—L'Air du Temps | 2185. |
| | Plastic talc boxes | 221. 50 |
| | Appeal No. 254491–A Export Date: 11/25/53 | |
| A5 | | 391 |
| B5 | | 353 |
| A6 | | 238 |
| B6 | | 219 |
| F6 | | 475 |
| A7 | | 153 |
| B7 | | 143 |
| F7 | | 283 |
| NR11 | | 318 |
| NR32 | | 525 |
| NR6B | | 104 |
| NR35B | | 93 |
| NR91 | | 299 |
| NR23 | | 132 |
| | Appeal No. 256099–A Export Date: 11/4/53 | |
| B20 | | 3652. 50 |
| | Appeal No. 256100–A Export Date: 5/25/51 | |
| | Coeur 80 Coeur Joie | 4124. 41 |
| | Coeur 24 " | 1765. 41 |
| | NR12 | 558. 41 |
| | Soleil 45—L'Air du Temps | 2478. 41 |
| | Soleil 24— " | 1655. 41 |
| | NR24 " | 1078. 41 |
| | NR12 " | 558. 41 |
| | Flac. ½ L Edt. 82° L'Air du Temps | 1463. 41 |
| | Flac. ¼ L Edt. 82° L'Air du Temps | 778. 41 |
| | Pomme 35—Fille d'Eve | 2478. 41 |
| | Flac. ½ L Edt. Fille d'Eve | 1463. 41 |
| | Flac. ¹⁄₁₆ L Edt. " | 278. 41 |
| | Sac Deux Coeurs Coeur Joie | 259. 41 |
| | Flac. Edt. Coeur Joie ¹⁄₃₂ | 96. 91 |
| | Frag. sets " | 312. 41 |
| | Frag. sets L'Air du Temps | 312. 41 |
| | 24 gr. Coeur Joie Huile | 558. 41 |
| | 56 gr. L'Air du Temps Huile | 963. 41 |

| | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| ARTICLE | | |
| | Appeal No. 256388–A | |
| | Export Date: 12/10/53 | |
| B20 | | 3656. |
| | Appeal No. 256650–A | |
| | Export Date: 11/14/52 | |
| B6 | | 219. 51 |
| | Coff. Coeur Joie ¾ oz. | 671. |
| | Sac. L'Air Du Temps Pet. Mod. | 302. 51 |
| | Edt. " ⅟₃₂ | 104. 51 |
| | Appeal No. 256652–A | |
| | Export Date: 8/7/54 | |
| A10 | | 3365. 63 |
| A11 | | 2021. 63 |
| A12 | | 1445. 63 |
| ABF | | 1637. 63 |
| A55 | | 868. 63 |
| B55 | | 754. 63 |
| A5 | | 395. 63 |
| B5 | | 360. 63 |
| F5 | | 845. 63 |
| AO6 | | 204. 63 |
| BO6 | | 187. 63 |
| FO6 | | 473. 63 |
| A7 | | 151. 63 |
| B7 | | 141. 63 |
| F7 | | 281. 63 |
| F4 | | 773. 63 |
| HB1 | | 1061. 63 |
| HA1 | | 1061. 63 |
| HA2 | | 653. 63 |
| HB2 | | 653. 63 |
| HA3 | | 413. 63 |
| HB3 | | 413. 63 |
| NR4 | | 428. 63 |
| NR34 | | 369. 63 |
| NR81 | | 367. 63 |
| NR11 | | 316. 63 |
| NR48 | | 300. 63 |
| NR6B | | 102. 63 |
| NR35B | | 91. 63 |
| NR84 | | 91. 63 |
| NR32 | | 523. 63 |
| NR91 | | 297. 63 |
| NR23 | | 130. 63 |
| NR39 | | 122. 63 |
| NR74 | | 120. 63 |
| | talc boxes | 210. 63 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 256653–A Export Date: 1/30/51 | |
| | Coeur 80 | 4124 |
| | Coeur 24 | 1765 |
| | NR12 Coeur Joie | 640 |
| | Edt. 90° Coeur Joie ½L | 1463 |
| | " " " ¼L | 778 |
| | " " " ⅛L | 435 |
| | " " " 1/16L | 278 |
| | Soleil 24 L'Air du Temps | 1655 |
| | Sac Avec Etui Cuir L'Air du Temps | 832 |
| | NR12 L'Air du Temps | 640 |
| | Edt. 82° L'Air du Temps ⅛ | 435 |
| | " " " 1/16 | 278 |
| | Ext. Fille d'Eve Pomme 40 | 2478 |
| | " " " NR 12 | 640 |
| | Edt. Fille d'Eve 90° ½L | 1463 |
| | " " " 1/16L | 278 |
| | " " " ¼L | 778 |
| | " " " ⅛L | 435 |
| | NR Trois Parfums | 1326 |
| | Sac Deux Coeurs Coeur Joie | 259 |
| | Edt. Coeur Joie 1/32 | 96. 50 |
| | Edt. L'Air du Temps 1/32 | 93 |
| | Edt. Fille d'Eve 1/32 | 96. 50 |
| | Sets Coeur Joie | 312 |
| | Sets L'Air du Temps | 312 |
| | Appeal No. 256654–A Export Date: 3/20/51 | |
| | Coeur 40 Coeur Joie | 2694 |
| | Coeur 24 " | 1761 |
| | NR12 " | 554 |
| | Edt. 90° " ¼ | 774 |
| | Edt. " " ⅛ | 431 |
| | Edt. " " 1/16 | 274 |
| | NR12 L'Air du Temps | 554 |
| | Sac, etui cuir | 828 |
| | Edt. 82° L'Air du Temps ¼L | 774 |
| | Edt. " " ⅛L | 431 |
| | Edt. " " 1/16L | 274 |
| | Extr. Fille d'Eve (Pomme 35) | 2474 |
| | NR 12 " | 635 |
| | Edt. 90° " (gr. ¼ mod.) | |
| | Edt. L'Air du Temps 1/32 | 89 |
| | sets Coeur Joie | 308 |
| | Sets L'Air du Temps | 308 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 256655–A Export Date: 4/10/51 | |
| | Coeur 40 Coeur Joie | 2690. 65 |
| | Miniatures Coeur (celloph) | 138. 65 |
| | Edt. 90° Coeur Joie ¼ | 770. 65 |
| | Edt. " " ⅛ | 427. 65 |
| | Edt. " " ⅟₁₆ | 270. 65 |
| | L'Air du Temps NR12 | 550. 65 |
| | " Sac etui cuir | 824. 65 |
| | " Soleil Min. | 138. 65 |
| | Edt. 82° L'Air du Temps PM | 270. 65 |
| | Fille d'Eve Pomme 35 | 2470. 65 |
| | " NR12 | 632. 65 |
| | NR Trois Parfums | 1318. 65 |
| | Coeur Joie ⅟₃₂ Edt. | 89. 15 |
| | Sets Coeur Joie | 304. 65 |
| | Soleil ⅓ L'Air du Temps | 417. 65 |
| | Appeal No. 258712–A Export Date: 10/27/53 | |
| ABF | | 1649. 18 |
| A55 | | 863. 18 |
| A7 | | 163. 18 |
| NR54 | Colombes L'Air du Temps | 2185. 68 |
| | Plastic talc boxes | 222. 18 |
| | Appeal No. 259817–A Export Date: 12/7/53 | |
| B20 | | 3627. 67 |
| | Appeal No. 264539–A Export Date: 9/10/54 | |
| A10 | | 3292. 83 |
| A11 | | 1976. 83 |
| A12 | | 1318. 83 |
| ABF · | | 1600. 83 |
| A55 | | 865. 83 |
| B55 | | 751. 83 |
| A5 | | 393. 83 |
| B5 | | 357. 83 |
| F5 | | 824. 83 |
| A6 | | 201. 83 |
| B6 | | 184. 83 |
| F6 | | 460. 83 |
| F7 | | 272. 83 |
| F4 | | 754. 83 |
| HA2 | | 636. 83 |
| HB2 | | 636. 83 |
| HA3 | | 402. 83 |

| ARTICLE | | COST OF PRODUC- TION (FR. FCS.) PACKED |
|---|---|---|
| | 264539–A—Continued | |
| HB3 | | 402. 83 |
| NR4 | | 425. 83 |
| NR34 | | 366. 83 |
| NR81 | | 364. 83 |
| NR11 | | 313. 83 |
| NR48 | | 297. 83 |
| NR6B | | 99. 83 |
| NR35B | | 88. 83 |
| NR84 | | 88. 83 |
| NR32 | | 520. 83 |
| NR39 | | 119. 83 |
| NR74 | | 117. 83 |
| NR91 | | 294. 83 |
| | Plastic B talc boxes | 207. 83 |
| | Appeal No. 264540–A | |
| | Export Date: 10/7/54 | |
| B20 | | 3997. 28 |
| B5 | | 359. 28 |
| NR35B | | 90. 28 |
| NR25 | Colognes 8 oz. Coeur Joie | 291. 78 |
| NR47 | " " L'Air du Temps | 293. 78 |
| NR86 | " " Fille d'Eve | 268. 28 |
| | Appeal No. 264541–A | |
| | Export Date: 2/10/54 | |
| B10 | | 2021. 86 |
| NR34 | | 369. 86 |
| NR35B | | 92. 86 |
| NR39 | | 122. 86 |
| NR91 | | 297. 86 |
| | Appeal No. 264957–A | |
| | Export Date: 8/28/52 | |
| F10 | | 1542. |
| A5 | | 385 |
| A6 | | 232 |
| A7 | | 147 |
| B6 | | 213 |
| B7 | | 137 |
| HA1 | | 1037 |
| HA2 | | 612 |
| | Coeur Joie 3/7 | 665 |
| | Sac 2 Coeurs | 312 |
| | Coeur Joie (NR10) | 424 |
| | 3 miniatures | 293 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 264958–A<br>Export Date: 11/4/54 | |
| B55 | | 758. 94 |
| B7 | | 145. 94 |
| B4 | | 761. 94 |
| F4 | | 761. 94 |
| HA1 | | 1043. 94 |
| HB1 | | 1043. 94 |
| HA2 | | 643. 94 |
| HA3 | | 409. 94 |
| HB3 | | 409. 94 |
| NR11 | | 320. 94 |
| NR48 | | 304. 94 |
| NR39 | | 126. 94 |
| NR84 | Cologne Coeur Joie | 95. 94 |
| NR25 | Cologne L'Air du Temps | 297. 94 |
| NR47 | | 299. 94 |
| | Talc Boxes | 214. 94 |
| | Appeal No. 264959–A<br>Export Date: 11/12/54 | |
| | Cologne 8 oz. Coeur Joie | 312. 11 |
| | " " L'Air du Temps | 314. 11 |
| | " " Fille d'Eve | 288. 11 |
| | Appeal No. 264960–A<br>Export Date: 11/19/54 | |
| B55 | | 768. 82 |
| B5 | | 374. 82 |
| | Cologne 8 oz. Coeur Joie | 307. 82 |
| | " " L'Air du Temps | 309. 82 |
| | " " Fille d'Eve | 283. 82 |
| | Appeal No. 264961–A<br>Export Date: 12/10/54 | |
| NR25 | Cologne Coeur Joie | 310. 53 |
| NR47 | Cologne L'Air du Temps | 312. 53 |
| NR86 | Cologne Fille d'Eve | 286. 53 |
| | Plastic talc boxes | 226. 53 |
| | Appeal No. 264962–A<br>Export Date: 1/11/55 | |
| A1 | | 5172. 92 |
| A11 | | 1976. 92 |
| A12 | | 1318. 92 |
| A55 | | 865. 92 |
| B55 | | 751. 92 |
| A5 | | 393. 92 |
| B5 | | 357. 92 |

| ARTICLE | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|
| A6 | 201. 92 |
| B6 | 184. 92 |
| B7 | 138. 92 |
| HB1 | 1036. 92 |
| HB2 | 636. 92 |
| HB3 | 402. 92 |
| F4 | 297. 92 |
| NR11 | 313. 92 |
| NR48 | 297. 92 |
| NR6B | 99. 92 |
| NR35B | 88. 92 |
| NR84 | 88. 92 |
| | 520. 92 |
| NR32 | 119. 92 |
| NR39 | 206. 92 |

Boites Talc

Appeal No. 264963–A
Export Date: 4/8/54

| | COST OF PRODUCTION |
|---|---|
| A12 | 1445. 83 |
| B5 | 351. 83 |
| A6 | 236. 83 |
| B6 | 217. 83 |
| A7 | 151. 83 |
| B7 | 141. 83 |
| F7 | 281. 83 |
| HB1 | 1061. 83 |
| HB2 | 653. 83 |
| HB3 | 413. 83 |
| NR32 | 523. 83 |
| NR11 | 316. 83 |
| NR48 | 300. 83 |
| NR6B | 102. 83 |
| NR35B | 91. 83 |
| NR84 | 91. 83 |
| NR4 | 428. 83 |
| NR34 | 369. 83 |
| NR81 | 367. 83 |
| NR23 | 130. 83 |
| NR39 | 122. 83 |
| NR74 | 120. 83 |
| NR91 | 297. 83 |

Boites Plastic 209. 83

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 264964–A Export Date: 5/14/54 | |
| A12 | | 1446. 70 |
| A6 | | 237. 70 |
| B6 | | 218. 70 |
| B5 | | 352. 70 |
| A7 | | 152. 70 |
| B7 | | 142. 70 |
| F7 | | 282. 70 |
| HA3 | | 414. 70 |
| HA2 | | 654. 70 |
| HB2 | | 654. 70 |
| NR32 | | 524. 70 |
| NR11 | | 317. 70 |
| NR48 | | 301. 70 |
| NR6B | | 103. 70 |
| NR35B | | 92. 70 |
| NR84 | | 92. 70 |
| NR4 | | 429. 70 |
| NR34 | | 371. 70 |
| NR81 | | 368. 70 |
| NR23 | | 131. 70 |
| NR39 | | 123. 70 |
| NR74 | | 121. 70 |
| NR91 | | 298. 70 |
| | Boites Plastic | 210. 70 |
| | Appeal No. 264965–A Export Date: 5/27/55 | |
| A1 | | 5178. 65 |
| A10 | | 3298. 65 |
| A11 | | 1982. 65 |
| A12 | | 1324. 65 |
| ABF | | 1606. 65 |
| B6 | | 190. 65 |
| B7 | | 144. 65 |
| NR32 | | 526. 65 |
| NR34 | | 372. 65 |
| NR11 | | 319. 65 |
| NR48 | | 103. 65 |
| NR83 | | 303. 65 |
| NR39 | | 125. 65 |
| NR91 | | 300. 65 |
| | Boites Plastic | 212. 65 |
| | Appeal No. 264966–A Export Date: 11/8/52 | |
| NR91 | 3 miniatures | 295. 10 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | Appeal No. 265623–A Export Date: 2/10/55 | |
| A6 | | 217. 46 |
| B6 | | 200. 46 |
| NR47 | Cologne 8 oz. L'Air du Temps | 308. 46 |
| NR86 | " " Fille d'Eve | 282. 46 |
| NR32 | | 536. 46 |
| | Appeal No. 265624–A Export Date: 3/11/55 | |
| NR11 | | 316. 78 |
| NR48 | | 300. 78 |
| NR25 | Cologne 8 oz. Coeur Joie | 293. 78 |
| NR47 | " " L'Air du Temps | 295. 78 |
| NR86 | " " Fille d'Eve | 269. 78 |
| | Appeal No. 265843–A Export Date: 7/26/55 | |
| A1 | | 5069. 53 |
| A10 | | 3229. 53 |
| A11 | | 2941. 53 |
| A12 | | 2297. 53 |
| ABF | | 1973. 53 |
| A55 | | 872. 53 |
| B55 | | 758. 53 |
| A5 | | 400. 53 |
| B5 | | 364. 53 |
| F5 | | 814. 53 |
| A6 | | 208. 53 |
| B6 | | 191. 53 |
| A7 | | 154. 53 |
| B7 | | 145. 53 |
| HA1 | | 2209. 53 |
| HB1 | | 2209. 53 |
| HA2 | | 1359. 53 |
| HB2 | | 1359. 53 |
| HA3 | | 859. 53 |
| HB3 | | 859. 53 |
| NR4 | | 432. 53 |
| NR34 | | 373. 53 |
| NR81 | | 371. 53 |
| NR6B | | 106. 53 |
| NR39 | | 126. 53 |
| NR83 | | 304. 53 |
| | Boites Plastic | 213. 53 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| | **Appeal No. 265844–A** **Export Date: 9/28/54** | |
| B20 | | 3998. 59 |
| B5 | | 358. 59 |
| A7 | | 148. 59 |
| B7 | | 139. 59 |
| NR91 | | 295. 59 |
| | Cologne 8 oz. Coeur Joie | 291. 59 |
| | " " L'Air du Temps | 293. 59 |
| | " " Fille d'Eve | 267. 59 |
| | **Appeal No. 265845–A** **Export Date: 9/8/55** | |
| A6 | | 202. 60 |
| F6 | | 452. 60 |
| A7 | | 148. 60 |
| F7 | | 268. 60 |
| NR11 | | 320. 60 |
| NR48 | | 304. 60 |
| NR34 | | 374. 60 |
| NR32 | | 532. 60 |
| NR35B | | 91. 60 |
| NR84 | | 91. 60 |
| NR23 | | 132. 60 |
| NR39 | | 124. 60 |
| NR74 | | 122. 60 |
| NR91 | | 303. 60 |
| NR53 | | 835. 60 |
| NR82B | | 835. 60 |
| | Plastic talc boxes | 207. 60 |
| | **Appeal No. 274199–A** **Export Date: 3/29/56** | |
| A11 | | 2075. 31 |
| B33 | | 1615. 31 |
| F55 | | 1615. 31 |
| A6 | | 193. 31 |
| B6 | | 176. 31 |
| A7 | | 142. 31 |
| B7 | | 134. 31 |
| F7 | | 270. 31 |
| B5 | | 300. 31 |
| NR4 | | 416. 31 |
| NR34 | | 366. 31 |
| NR11 | | 243. 31 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| NR48 | | 300. 31 |
| NR6B | | 102. 31 |
| NR35B | | 91. 31 |
| NR84 | | 91. 31 |
| NR23 | | 130. 31 |
| NR39 | | 122. 31 |
| NR74 | | 120. 31 |
| | Plastic talc boxes | 209. 31 |
| HB1 | | 1009. 31 |
| HA2 | | 672. 31 |
| HB2 | | 672. 31 |
| HA3 | | 419. 31 |
| HB3 | | 419. 31 |

Appeal No. 265847–A
Export Date: 2/21/55

| | | |
|---|---|---|
| A10 | | 3296. |
| A11 | | 1980. |
| A12 | | 1312. |
| ABF | | 1604. |
| B55 | | 755. |
| A5 | | 397. |
| B5 | | 361. |
| F5 | | 828. |
| A6 | | 205. |
| B6 | | 188. |
| F6 | | 464. |
| A7 | | 151. |
| B7 | | 142. |
| NR4 | | 429. |
| NR34 | | 370. |
| NR32 | | 524. |
| NR91 | | 298. |
| NR6B | | 103. |
| NR35B | | 92. |
| NR84 | | 92. |
| NR23 | | 131. |
| NR91 | | 123. |
| | Plastic talc boxes | 210. |
| HA1 | | 1040. |
| HB1 | | 1040. |
| HB2 | | 640. |
| HA3 | | 406. |
| HB3 | | 406. |

| | | COST OF PRODUC-TION (FR. FCS.) |
|---|---|---|
| ARTICLE | | PACKED |
| | Appeal No. 265846–A | |
| | Export Date: 1/28/53 | |
| A10 | | 3301. |
| A11 | | 1985. |
| A12 | | 1327. |
| B1 | | 3291. |
| A55 | | 874. |
| A5 | | 402. |
| F5 | | 833. |
| A6 | | 210. |
| B6 | | 193. |
| A7 | | 157. |
| B7 | | 147. |
| F7 | | 281. |
| Ha1 | | 1045. |
| HA2 | | 645. |
| HA3 | | 411. |
| HB3 | | 411. |
| NR4 | | 434. |
| NR34 | | 375. |
| NR6B | | 108. |
| NR35B | | 97. |
| NR84 | | 97. |
| NR11 | | 322. |
| NR48 | | 306. |
| NR23 | | 299. |
| NR39 | | 128. |
| | Cologne 8 oz. Coeur Joie | 299. |
| | " " L'Air du Temps | 301. |
| | " " Fille d'Eve | 275. |
| | Plastic talc boxes | 215. |
| | Appeal No. 274417–A | |
| | Export Date: 9/26/55 | |
| A1 | | 5067. 67 |
| A10 | | 3227. 67 |
| A11 | | 1939. 67 |
| A12 | | 1295. 67 |
| A55 | | 870. 67 |
| B55 | | 756. 67 |
| A5 | | 398. 67 |
| B5 | | 362. 67 |
| A6 | | 206. 67 |
| B6 | | 189. 67 |
| A7 | | 152. 67 |
| B7 | | 143. 67 |
| F6 | | 456. 67 |
| F5 | | 812. 67 |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| F7 | | 275. 67 |
| HA1 | | 1019. 67 |
| HB1 | | 1019. 67 |
| HA2 | | 628. 67 |
| HB2 | | 628. 67 |
| HA3 | | 398. 67 |
| HB3 | | 398. 67 |
| NR23 | | 136. 67 |
| | Cologne 8 oz. Coeur Joie | 333. 67 |
| | " " L'Air du Temps | 333. 67 |
| NR4 | | 436. 67 |
| NR81 | | 376. 67 |
| NR11 | | 324. 67 |
| NR6B | | 106. 67 |
| NR32 | | 536. 67 |
| | Plastic talc boxes | 211. 67 |

Appeal No. 274418–A
Export Date: 9/30/55

| Article | | Cost of Production |
|---|---|---|
| F7 | | 269. |
| ABF | | 1568. |
| NR6B | | 103. |
| NR35B | | 93. |
| NR84 | | 93. |
| NR32 | | 533. |
| NR48 | | 304. |
| NR83 | | 304. |
| NR34 | | 375. |
| NR39 | | 125. |
| NR74 | | 122. |
| NR91 | | 304. |
| NR53 | | 836. |
| NR82B | | 836. |
| | Cologne 8 oz. Coeur Joie | 330. |
| | " " L'Air du Temps | 332. |

Appeal No. 274419–A
Export Date: 10/19/55

| Article | Cost of Production |
|---|---|
| B55 | 755. |
| B5 | 361. |
| B6 | 188. |
| B7 | 144. |
| HA1 | 1018. |
| HB1 | 1018. |
| HB2 | 527. |
| HA3 | 397. |
| HB3 | 397. |

| Article | | Cost of Production (Fr. Fcs.) Packed |
|---|---|---|
| NR32 | | 535. |
| NR48 | | 307. |
| NR34 | | 377. |
| NR35B | | 95. |
| NR39 | | 127. |
| | Appeal No. 265848–A | |
| | Export Date: 4/19/55 | |
| A12 | | 1328. |
| A5 | | 403. |
| B5 | | 367. |
| A6 | | 211. |
| B6 | | 194. |
| F6 | | 470. |
| B7 | | 148. |
| F7 | | 282. |
| B55 | | 879. |
| HA1 | | 1046. |
| HB1 | | 1046. |
| HA2 | | 646. |
| HB2 | | 646. |
| HA3 | | 412. |
| HB3 | | 412. |
| NR32 | | 530. |
| NR4 | | 435. |
| NR34 | | 376. |
| NR11 | | 323. |
| NR48 | | 307. |
| NR6B | | 109. |
| NR35B | | 98. |
| NR84 | | 98. |
| NR23 | | 137. |
| | Plastic talc boxes | 216. |
| | Appeal No. 265849–A | |
| | Export Date: 4/29/55 | |
| A7 | | 145. 83 |
| B7 | | 136. 83 |
| NR39 | | 117. 83 |
| | Appeal No. 265850–A | |
| | Export Date: 6/21/55 | |
| A11 | | 1979. 63 |
| A55 | | 868. 63 |
| B55 | | 754. 63 |
| A5 | | 396. 63 |
| B5 | | 360. 63 |

 

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| F5 | | 827. 63 |
| A6 | | 204. 63 |
| B6 | | 186. 63 |
| F6 | | 463. 63 |
| A7 | | 150. 63 |
| B7 | | 141. 63 |
| F7 | | 275. 63 |
| ABF | | 1603. 63 |
| HA1 | | . 1039. 63 |
| HB1 | | 1039. 63 |
| HA2 | | 639. 63 |
| HB2 | | 639. 63 |
| HA3 | | 405. 63 |
| HB3 | | 405. 63 |
| NR4 | | 428. 63 |
| NR81 | | 367. 63 |
| NR11 | | . 316. 63 |
| NR6B | | 102. 63 |
| NR35B | | 91. 63 |
| NR84 | | 91. 63 |
| NR48 | | 300. 63 |
| NR23 | | 130. 63 |
| NR39 | | 122. 63 |
| NR74 | | 120. 63 |
| NR32 | | 623. 63 |
| NR91 | | 297. 63 |
| | Boites plastic | 209. 63 |

Appeal No. 267010–A
Export Date: 9/21/54

| B20 | | 3999. |
| NR39 | | 121. |
| | Cologne 8 oz. Coeur Joie | 292. |
| | " " L'Air du Temps | 294. |
| | " " Fille d'Eve | 268. |

Appeal No. 272468–A
Export Date: 9/17/54

| B20 | | 3996. |
| NR23 | | 126 |
| NR39 | | 118 |
| NR25 | Cologne 8 oz. Coeur Joie | 289 |
| NR47 | " " L'Air du Temps | 291 |
| NR86 | " " Fille d'Eve | 265 |

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| | Appeal No. 274420–A | |
| | Export Date: 10/22/55 | |
| A1 | | 5061. 30 |
| A10 | | 3220. 30 |
| A11 | | 1933. 30 |
| A12 | | 1289. 30 |
| A55 | | 864. 30 |
| A5 | | 392. 30 |
| F5 | | 806. 30 |
| A6 | | 200. 30 |
| A7 | | 146. 30 |
| B7 | | 137. 30 |
| NR4 | | 430. 30 |
| NR81 | | 370. 30 |
| NR11 | | 318. 30 |
| NR83 | | 302. 30 |
| NR23 | | 130. 30 |
| | Appeal No. 274421–A | |
| | Export Date: 10/31/55 | |
| A6 | | 204. |
| F6 | | 454. |
| B7 | | 141. |
| F7 | | 270. |
| ABF | | 1569. |
| NR6B | | 104. |
| NR84 | | 94. |
| NR39 | | 126. |
| NR74 | | 124. |
| NR91 | | 305. |
| NR82B | | 837. |
| | Cologne 8 oz. Coeur Joie | 331. |
| | " " L'Air du Temps | 331. |
| | " " Fille d'Eve | 307. |
| | Plastic talc boxes | 209. |
| | Appeal No. 274422–A | |
| | Export Date: 4/5/56 | |
| A5 | | 400. |
| B7 | | 136. |
| NR32 | | 520. |
| NR91 | | 302. |
| | Cologne 8 oz. Coeur Joie | 298. |
| | " " L'Air du Temps | 298. |
| | " " Fille d'Eve | 281. |

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| | Appeal No. 274423–A Export Date: 11/15/55 | |
| B33 | | 1482. |
| B7 | | 146. |
| HA1 | | 1022. |
| HB1 | | 1022. |
| HA2 | | 631. |
| HB2 | | 631. |
| HA3 | | 401. |
| HB3 | | 401. |
| NR34 | | 381 |
| NR82B | | 842. |
| NR47 | Cologne L'Air du Temps | 338. |
| NR11 | | 327. |
| NR35B | | 99. |
| NR84 | | 99. |
| | Appeal No. 274427–A Export Date: 10/10/55 | |
| B55 | | 756. |
| F55 | | 1617. |
| A6 | | 206. |
| B6 | | 189. |
| A7 | | 152. |
| B7 | | 143. |
| F7 | | 272. |
| HB2 | | 628. |
| NR4 | | 436. |
| NR34 | | 378. |
| NR48 | | 308. |
| NR83 | | 308. |
| NR6B | | 106. |
| NR35B | | 96. |
| NR23 | | 136. |
| NR39 | | 128. |
| NR74 | | 126. |
| NR91 | | 307. |
| | Appeal No. 274431–A Export Date: 11/18/55 | |
| B33 | | 1482. |
| NR82B | | 842. |
| | Appeal No. 275288–A Export Date: 3/5/56 | |
| NR34 | | 375. 38 |
| NR48 | | 306. 38 |

| ARTICLE | | COST OF PRODUC-TION (FR. FCS.) PACKED |
|---|---|---|
| | Appeal No. 275289–A Export Date: 3/15/56 | |
| B33 | | 1610. 20 |
| NR35B | | 91. 20 |
| NR91 | | 292. 20 |
| | Appeal No. 275290–A Export Date: 10/23/55 | |
| NR53 | | 842. |
| NR82B | | 842. |
| | Appeal No. 278483-A Export Date: 8/16/56 | |
| ABF | | 4328. |
| B6 | | 191. |
| NR47 | | 307. |
| NR48 | | 255. |
| | Plastic talc boxes | 222. |
| | Appeal No. 280333–A Export Date: 8/11/56 | |
| A1 | | 5531. |
| A10 | | 3461. |
| A11 | | 2081. |
| A12 | | 1483. |
| ABF | | 1621. |
| A55 | | 947. |
| B55 | | 863. |
| F55 | | 1759. |
| A5 | | 401. |
| B5 | | 306. |
| F5 | | 885. |
| A6 | | 199. |
| F6 | | 517. |
| A7 | | 148. |
| F7 | | 310. |
| ABF | | 4319. |
| HA1 | | 1115. |
| HA2 | | 678. |
| HA3 | | 425. |
| HB2 | | 678. |
| HB3 | | 425. |
| NR4 | | 422. |
| NR34 | | 373. |
| NR81 | | 371. |
| NR11 | | 249. |
| NR83 | | 251. |
| NR6B | | 103. |
| NR35B | | 91. |

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| NR23 | | 123. |
| NR74 | | 113. |
| NR25 | | 300. |
| NR47 | | 299. |
| NR86 | | 283. |
| NR32 | | 521. |
| NR53 | | 843. |
| NR91 | | 329. |
| | Appeal No. 280334–A | |
| | Export Date: 8/23/56 | |
| A90 | | 365. 42 |
| B90 | | 365. 42 |
| F90 | | 365. 42 |
| B6 | | 177. 42 |
| B7 | | 135. 42 |
| A7 | | 143. 42 |
| | Appeal No. 274424–A | |
| | Export Date: 11/15/55 | |
| B5 | | 377. |
| B6 | | 204. |
| | Cologne 8 oz. Coeur Joie | 348. |
| | " " L'Air du Temps | 350. |
| | " " Fille d'Eve | 224. |
| | Plastic talc boxes | 226. |
| | Appeal No. 274425–A | |
| | Export Date: 11/24/55 | |
| B6 | | 189. 50 |
| B7 | | 143. 50 |
| F7 | | 272. 50 |
| NR74 | | 126. 50 |
| | Appeal No. 274426–A | |
| | Export Date: 10/1/55 | |
| F6 | | 471. 62 |
| | Cologne 8 oz. Coeur Joie | 348. 62 |
| | Appeal No. 274428–A | |
| | Export Date: 12/30/55 | |
| A12 | | 1298. 32 |
| B33 | | 1482. 32 |
| B55 | | 759. 32 |
| B5 | | 365. 32 |
| F5 | | 815. 32 |
| A6 | | 209. 32 |
| B6 | | 192. 32 |
| F6 | | 459. 32 |

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| A7 | | 155. 32 |
| B7 | | 146. 32 |
| F7 | | 275. 32 |
| HA1 | | 1022. 32 |
| HB1 | | 1022. 32 |
| HA2 | | 631. 32 |
| HB2 | | 631. 32 |
| HB3 | | 401. 32 |
| NR4 | | 439. 32 |
| NR34 | | 381. 32 |
| NR80 | | 379. 32 |
| NR11 | | 327. 32 |
| NR48 | | 312. 32 |
| NR83 | | 312. 32 |
| NR35B | | 98. 32 |
| NR23 | | 139. 32 |
| NR39 | | 131. 32 |
| NR74 | | 129. 32 |
| NR91 | | 311. 32 |
| NR82B | | 842. 32 |
| | Cologne 8 oz. L'Air du Temps | 338. 32 |
| | " " Fille d'Eve | 312. 32 |
| | Plastic talc boxes | 214. 32 |
| | Appeal No. 274429–A Export Date: 1/20/56 | |
| A11 | | 1945. |
| A12 | | 1301. |
| ABF | | 1577. |
| A55 | | 876. |
| B55 | | 762. |
| A5 | | 404. |
| B5 | | 368. |
| F5 | | 818. |
| A6 | | 212. |
| F6 | | 462. |
| A7 | | 158. |
| HA1 | | 1025. |
| HA2 | | 633. |
| HA3 | | 414. |
| NR4 | | 442. |
| NR34 | | 384. |
| NR81 | | 382. |
| NR11 | | 330. |
| NR83 | | 315. |
| NR6B | | 113. |
| NR35B | | 102. |

| ARTICLE | | COST OF PRODUCTION (FR. FCS.) PACKED |
|---|---|---|
| NR23 | | 142. |
| NR39 | | 135. |
| NR91 | | 314. |
| NR82B | | 845. |
| | Cologne 8 oz. L'Air du Temps | 341. |
| | " " Fille d'Eve | 315. |
| | Appeal No. 274430–A | |
| | Export Date: 2/26/56 | |
| B6 | | 191. |
| B7 | | 145. |
| NR39 | | 126. |
| | Appeal No. 274750–A | |
| | Export Date: 12/7/55 | |
| B6 | | 185. |
| A7 | | 148. |
| B7 | | 139. |
| F7 | | 268. |
| A5 | | 394. |
| HA2 | | 624. |
| NR48 | | 314. |
| NR83 | | 314. |
| NR34 | | 374. |
| NR91 | | 303. |
| NR23 | | 132. |
| | Appeal No. 278278–A | |
| | Export Date: 3/13/56 | |
| F55 | | 1615. |
| A5 | | 395. |
| B5 | | 300. |
| F5 | | 810. |
| A6 | | 193. |
| B6 | | 176. |
| F6 | | 454. |
| A7 | | 142. |
| B7 | | 134. |
| F7 | | 270. |
| ABF | | 1615 |
| HB1 | | 1009 |
| HA2 | | 672. |
| HB2 | | 672. |
| HB3 | | 419. |
| NR4 | | 428. |
| NR34 | | 369. |
| NR81 | | 367. |
| NR48 | | 300. |
| NR83 | | 300. |

| ARTICLE | | COST OF PRODUC-TION (FR. FCS.) PACKED |
|---|---|---|
| NR23 | | 130. |
| NR39 | | 122. |
| NR74 | | 124. |
| | Cologne 8 oz. Coeur Joie | 293. |
| | " " L'Air du Temps | 295. |
| | Appeal No. 278279–A | |
| | Export Date: 7/28/56 | |
| B7 | | 139. |
| NR23 | | 121. |
| | Appeal No. 278280–A | |
| | Export Date: 5/25/56 | |
| B6 | | 178. 50 |
| A7 | | 144. 50 |
| B7 | | 136. 50 |
| NR48 | | 242. 50 |
| NR35B | | 87. 50 |
| NR39 | | 111. 50 |
| NR91 | | 325. 50 |
| | Appeal No. 278482–A | |
| | Export Date: 8/31/56 | |
| NR39 | | 110. 65 |
| | Appeal No. 251563–A | |
| | Export Date: 7/12/51 | |
| A7 | | 159. 25 |
| | Sac L'Air du Temps | 760. 25 |
| B6 | | 220. 25 |
| B7 | | 151. 25 |
| F5 | | 813. 25 |
| F6 | | 451. 25 |
| F7 | | 271. 25 |
| HB3 | | 370. 25 |
| | Coeur Joie NR10 | 335. 25 |
| | L'Air du Temps NR10 | 303. 25 |
| | Edt. 82° L'Air du Temps 1/32 | 104. 25 |
| | Edt. " Fille d'Eve 1/32 | 103. 25 |